IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 18-cv-13118 |
| Plaintiff, ) | |
| ) | Judge Mark A. Goldsmith |
| v. ) | |
| ) | Executive Magistrate Judge R. Steven Whalen |
| AYANNA HATCHETT, an individual, ) | |
| ELBERT HATCHETT, an individual, ) | |
| HOMER W. MCCLARTY, as Chapter 7 ) | |
| Trustee in *In re: Laurestine Hatchett*, ) | |
| Case No. 17-45163 (Bankr. E.D. Mich.), ) | |
| and ) | |
| STATE OF MICHIGAN ) | |
| ) | |
| Defendants. ) | |

## Order Disbursing Funds

Based upon the parties' stipulation [Dkt. Nos. 52 and 53], it is hereby

**ORDERED** that the Clerk is directed to distribute the following amounts from the proceeds of $483,273.98 previously deposited into the Court's registry in the following manner:

a. The Clerk shall forthwith issue a check in the amount of $175,000 and payable to "Homer W. McClarty, Chapter 7 Trustee and send the check to the following address:

> Steinberg Shapiro & Clark
> Attn: Tracy Clark
> 25925 Telegraph Road, Suite 203
> Southfield, MI 48033

b. The Clerk shall forthwith issue a check payable to "U.S. Department of Justice" for the remaining deposited funds ($308,273.98) plus 100 percent of all accrued interest on the deposited funds and send the check to the following address:

>Department of Justice ATTN TAXFLU
>P.O. Box 310 – Ben Franklin Station
>Washington, DC  20044

SO ORDERED.

Dated: November 20, 2019         s/Mark A. Goldsmith
       Detroit, Michigan         MARK A. GOLDSMITH
                                 United States District Judge